# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

|  |  |
|---|---|
| **CARLO MOERSCH,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CHARLES S. ZAHEDI,** <br><br> **Defendant.** | Case No.: SACV 16-00151-CJC(KESx) <br><br> **JUDGMENT** |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Carlo Moersch against Defendant Charles S. Zahedi in accordance with the terms of the Court's Order granting Plaintiff's motion for summary judgment. The Court awards Plaintiff $413, 075.00 in damages and $63,429.95 in interest.

DATED:   January 13, 2017

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-